IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERTO BAEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL ROGERS,<br><br>　　　　Defendant. | Civil Action 5:11-CV-190 (HL) |

### ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles (Doc. 44), entered on May 3, 2012, in which he recommends that Defendant's Motion to Dismiss (Doc. 16) be granted and Plaintiff's Motion to Procure an Order to Prevent Present and Future Harm (Doc. 29) be denied.

Plaintiff has filed an objection to the Recommendation. The Court has made a *de novo* review of the Recommendation, and has carefully considered Plaintiff's objection. The Court overrules the objection and accepts and adopts the findings and recommendations of the Magistrate Judge. Defendant's Motion to Dismiss (Doc. 16) is granted. Plaintiff's Motion to Procure an Order to Prevent Present and Future Harm (Doc. 29) is denied.

**SO ORDERED**, this the 20th day of June, 2012.

　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh