### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

|  |  |  |
|---|---|---|
| ROBERTO BAEZ, | : | |
| Plaintiff | : | |
| VS. | : | |
| DR. MICHAEL ROGERS, | : | NO. 5:11-CV-190 (HL) |
| Defendant | : | |
|  | : | **O R D E R** |

*Pro se* Plaintiff **ROBERTO BAEZ** has filed a motion to proceed *in forma pauperis* on appeal (Doc. 51) from the Court's June 20, 2012 Order accepting the Magistrate Judge's recommendation and granting Defendant's motion to dismiss.

In the Court's best judgment, an appeal from the aforesaid Order cannot be taken in good faith. 28 U.S.C. § 1915(a)(3). Plaintiff, while incarcerated, has filed several lawsuits in the United States District Courts, at least seven of which, or resulting appeals, were dismissed under circumstances that constitute "strikes" for purposes of section 1915(g) and is not currently under "imminent danger of serious physical injury."[1] Although the Court allowed Plaintiff's complaint to go forward based upon his allegations that he was in imminent danger, the Court ultimately held these allegations insufficient to withstand Defendant's motion to dismiss. Thus, there is no basis for allowing Plaintiff to proceed *in forma pauperis* on appeal in this case.

---

[1] *See Baez v. Arbuckle*, 6:06-cv-13 (WLS) (M.D. Ga. June 19, 2007 (appeal); *Baez v. Gearinger*, 5:00-cv-23 (DF) (M.D. Ga. Mar 21, 2000) (complaint); *Baez v. Doe*, 5:99-cv-353 (DF) (M.D. Ga. Mar. 27, 2000) (appeal); *Baez v. Forrester*, 1:98-cv-2126 (JEC) (N.D. Ga. July 28, 1999) (appeal); *Baez v. Brown*, 1:98-cv-1330 (JOF) (N.D. Ga. Sept. 30, 1998) (complaint and appeal); and *Baez v. Miller*, 1:95-cv-2043 (JOF) (N.D. Ga. Sept. 22, 1995) (complaint).

Accordingly, having been carefully considered, Plaintiff's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**. If Plaintiff wishes to proceed with his appeal, he must prepay the entire $455 appellate filing fee.

**SO ORDERED**, this 1st day of August, 2012.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr